**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Brightly,<br><br>   Plaintiff,<br><br>v.<br><br>Corizon Health Incorporated, et al.,<br><br>   Defendants. | No. CV-21-00127-TUC-JCH<br><br>**ORDER** |

   Before the Court is Plaintiff's Emergency Motion for Temporary Restraining Order. (Doc. 88.)  The Court will set an expedited briefing schedule.  Accordingly,

   **IT IS ORDERED** that within ten (10) days of the date this Order is issued, Defendants must respond to Plaintiff's Emergency Motion for Temporary Restraining Order (Doc. 88).  Plaintiff may file a reply within seven (7) days of receiving Defendants' response.

   Dated this 26th day of January, 2022.

_____
Honorable John C. Hinderaker
United States District Judge