**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Brightly,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Corizon Health Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-21-00127-TUC-JCH<br><br>**AMENDED SCHEDULING ORDER** |

Pending before the Court is the Parties' Stipulation to Extend Remaining Case Deadlines ("Stipulation") (Doc. 94). Parties seek to extend the remaining discovery and dispositive motion deadlines set in the Court's Scheduling Order (Doc. 68). Good cause appearing,

**IT IS ORDERED GRANTING** the Parties' Stipulation (Doc. 94).

**IT IS FURTHER ORDERED** that the Court's Scheduling Order (Doc. 68) is amended as follows:

1. All expert disclosures under Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure shall be completed as follows:

    a. Defendant's deadline to provide expert disclosures is extended from March 4, 2022 to **June 3, 2022**.

    b. The deadline for rebuttal expert disclosures is extended from April 22, 2022 to **July 21, 2022**.

      c. The deadline for expert depositions is extended from May 6, 2022 to **August 4, 2022**.

2. The deadline for completion of party and lay witness depositions is extended from May 1, 2022 to **July 30, 2022**.

3. The deadline for completion of written discovery, pursuant to Rules 33, 34, and 36 of the Federal Rules of Civil Procedure, is extended from March 22, 2022 to **June 20, 2022**.

4. The deadline for completion of fact discovery is extended from May 6, 2022 to **August 4, 2022.**

5. The deadline for parties to engage in good faith settlement talks is extended from May 6, 2022 to **August 4, 2022**.

6. The deadline for dispositive motions is extended from June 10, 2022 to **September 8, 2022**.

**IT IS FURTHER ORDERED** that the remaining deadlines and instructions in the Scheduling Order (Doc. 68) shall remain in full force and effect.

Dated this 25th day of February, 2022.

_____
Honorable John C. Hinderaker
United States District Judge