**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Brightly, | No. CV-21-00127-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Corizon Health Incorporated, et al., | |
| Defendants. | |

On January 31, 2023, this Court ordered *inter alia* Defendants NaphCare, Inc. ("NaphCare") and the Director of the Arizona Department of Corrections, Rehabilitation, and Reentry ("ADCRR"), (collectively "Defendants"), to file a motion to accept the proposed plan of care, with respect to the preliminary injunctive relief order, (Doc. 173), dated July 1, 2022. *See* Doc. 228. Defendants filed their Proposed Medical Plan indicating that Plaintiff would be placed on medical hold and would remain in the inpatient hospital unit in Florence Anthem for the duration of his prison stay. Doc. 234. The Proposed Medical Plan further detailed Plaintiff's facility specifications, medical condition, and treatment plan. *Id.* at 2–3. On March 3, 2023, this Court adopted the Proposed Medical Plan, thereby superseding the July 1, 2022 preliminary injunctive relief order. Doc. 238. The Court further ordered that "within 5 days of Plaintiff's release from custody," Defendants "must file a motion to quash the injunctive relief order as moot." *Id.* at 2.

Before the Court is the Defendants' Motion to Quash Injunctive Relief order and Dismiss the Injunctive Relief Claims ("Motion"). Docs. 242, 243. According to the Motion, Plaintiff was released from ADCRR custody on May 30, 2023. Doc. 242 at 2. Upon his release, ADCRR transferred Plaintiff to a skilled nursing facility that previously agreed to accept him as a patient. *Id.* Because Plaintiff is no longer incarcerated in ADCRR custody, Defendants contend that ADCRR no longer has a statutory or legal duty to provide medical or health services to Plaintiff, and NaphCare no longer has a duty to provide Plaintiff healthcare services. *Id.* at 3. As such, Plaintiff's release from prison moots his claims for injunctive relief. *Id.* Defendants move to quash both the July 1, 2022, and March 3, 2023 Orders as moot and to dismiss Plaintiff's injunctive claims. *Id.* Plaintiff did not object to or otherwise respond to the Motion.

Accordingly,

**IT IS ORDERED GRANTING** Defendants' Thornell, NaphCare, Inc., and Centurion of Arizona, LLC's Motion to Quash Injunctive Relief Order and Dismiss Injunctive Relief Claims (Doc. 242).

**IT IS FURTHER ORDERED QUASHING** this Court's prior injunctive orders, (Docs. 173, 238), and **DISMISSING AS MOOT** Plaintiff's injunctive claims for relief.

Dated this 13th day of June, 2023.

Honorable John C. Hinderaker
United States District Judge